UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VERONICA MADDY,

                Plaintiff,

           -against-

THGPP LLC d/b/a CHRISTOPHER ROBIN,

                Defendant.
------------------------------------------------------------X

22-CV-5833 (VSB)

**ORDER**

<u>VERNON S. BRODERICK, United States District Judge</u>:

      Plaintiff filed this action on July 8, 2022, (Doc. 1), and filed an affidavit of service on August 4, 2022, (Doc. 5).  The deadline for Defendant to respond to Plaintiff's complaint was August 24, 2022.  (*See* Doc. 5.)  To date, Defendant has not appeared or responded to the complaint.  Plaintiff, however, has taken no action to prosecute this case.  Accordingly, if Plaintiff intends to seek a default judgment, she is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than September 8, 2022.  If Plaintiff fails to do so or otherwise demonstrate that she intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    August 25, 2022
             New York, New York

                                                            _____
                                                             VERNON S. BRODERICK
                                                             United States District Judge