UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
VERONICA MADDY,                                              :
:
:
                              Plaintiff,                     :
:   22-CV-5833 (VSB)
          -against-                                          :
:   **ORDER**
THGPP LLC d/b/a CHRISTOPHER ROBIN,   :
:
                              Defendant.                     :
:
------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      On October 13, 2022, I scheduled a show cause conference for October 28, 2022 at 5:15 p.m. (Doc. 18.) It is hereby

      ORDERED that the show cause conference is rescheduled for October 28, 2022 at 12:00 p.m. via teleconference using the dial-in 888-363-4749 and the access code is 2682448.

SO ORDERED.

Dated:    October 21, 2022
             New York, New York

                                                                                    VERNON S. BRODERICK
                                                                             United States District Judge