

DLA Piper LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, New York  10020-1104
www.dlapiper.com

Cherelle Glimp
Cherelle.Glimp@us.dlapiper.com
T   212.335.4500
F   212.335.4501

December 6, 2022

*VIA ECF*
The Honorable Judge Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, New York 10007

**Re:** *Maddy v. THGPP, LLC*, **Case No. 1:22-cv-5833-VSB**

Dear Judge Broderick:

    We represent the Defendant THGPP, LLC ("Defendant") in the above-referenced matter. We write jointly with Plaintiff's counsel and are pleased to inform the Court that the parties have reached a settlement, in principle, in connection with this matter.  The parties are in the process of negotiating the terms of a settlement agreement and intend to file a Stipulation of Dismissal after the terms of same have been finalized.

    In view of the parties' settlement, we respectfully request that the Court adjourn all pending dates and deadlines, including, without limitation, the deadline for Defendant to answer, move or otherwise respond to the complaint.

    We thank the Court for its consideration of this matter and will certainly make ourselves available should the Court have any questions regarding this request.


Respectfully submitted,

*Cherelle Glimp*

Cherelle Glimp